UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRAVARE MONROE GRANT, ) | |
| ) | |
| Petitioner, ) | Case No. EDCV 11-1909 CJC (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ACCEPTING REPORT AND |
| RIVERSIDE COUNTY SUPERIOR ) | RECOMMENDATION OF |
| COURT, ) | MAGISTRATE JUDGE |
| ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: April 3, 2012

_____
Cormac J. Carney
United States District Judge