JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

TRAVARE MONROE GRANT,                 )
                                      )
                Petitioner,           )   No. EDCV 11-1909-CJC(AJW)
                                      )
        vs.                           )
                                      )
RIVERSIDE COUNTY SUPERIOR             )   JUDGMENT
COURT,                                )
                                      )
                Respondent.           )
_____ )


   **It is hereby adjudged** that the petition for a writ of habeas

corpus is dismissed without prejudice.


Dated:  April 3, 2012

                                    _____
                                    Cormac J. Carney
                                    United States District Judge